UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| WM CAPITAL PARTNERS XXIII, LLC, | ) |
| Plaintiff, | ) |
| v. | ) NO. 2:12-0027 |
| MAPLE LEAF DEVELOPMENT, LLC, et al., | ) Judge Sharp/Bryant |
| Defendants. | ) |

**O R D E R**

The parties have filed a request for a settlement conference (Docket Entry No. 65) and the District Judge has referred the matter to the undersigned (Docket Entry No. 66). A telephone conference is set at **1:30 p.m. on February 19, 2013**, to select a date convenient to all parties. Counsel for the plaintiff shall initiate the call.

It is so **ORDERED**.

s/ John S. Bryant
JOHN S. BRYANT
United States Magistrate Judge