IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| WM CAPITAL PARTNERS XXIII, LLC, )<br>)<br>Plaintiff/Counter-defendant, )<br>)<br>v. )<br>)<br>MAPLE LEAF DEVELOPMENT, L.L.C., )<br>LARRY E. PATTERSON, MATT C. )<br>CALDWELL, and RAYMOND K. MAYS, )<br>)<br>Defendants/Counter-claimants. ) | Case No. 2-12-cv-0027<br><br>JUDGE SHARP<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER OF DISMISSAL WITH PREJUDICE

Pending before the Court is Plaintiff, WM Capital Partners XXIII, LLC's and Defendants Patterson's, Caldwell's and Mays' Joint Stipulation of Dismissal with Prejudice, requesting the dismissal of all claims made by Plaintiff against Defendants Patterson, Caldwell and Mays and all counterclaims asserted by Defendants Patterson, Caldwell and Mays against Plaintiff. Based on the Joint Stipulation of Dismissal, this Order of Dismissal with prejudice will be entered as follows:

    1. All claims asserted by Plaintiff against Defendants Patterson, Caldwell and Mays are dismissed with prejudice,

    2. All counterclaims asserted by Defendants Patterson, Caldwell and Mays against the Plaintiff are dismissed with prejudice,

    3. Due to pending bankruptcy of the only remaining Defendant, Maple Leaf Development, L.L.C., this case is administatative closed. Upon notification to the Court by the parties that this case is ready to resume proceedings in this Court, the action will be reopened.

1

It is so **ORDERED.**

_Kevin H. Sharp_
KEVIN H. SHARP
U.S. District Judge

APPROVED FOR ENTRY BY:

 s/ Milton S. McGee, III
Milton S. McGee, III (BPR # 24150)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, TN 37203
tmcgee@rwjplc.com
 (615) 320-3700

*Attorneys for Plaintiff/Counter-Defendant*


s/ Robert L. DeLaney  w/permission MSM
Robert L. DeLaney (BPR # 4319)
Tune, Entrekin & White, P.C.
Regions Center, Suite 1700
315 Deaderick Street
Nashville, Tennessee 37238
rdelaney@tewlawfirm.com
(615) 244-2770

s/ Mark E. Morrison   w/permission MSM
Mark E. Morrison (BPR # 11620)
Grissim & Hodges
323 Union Street, 4th Floor
Nashville, TN 37201
(615) 255-7496

*Attorneys for Defendants/Counter-Claimants*

## CERTIFICATE OF SERVICE

I certify that on this day, April 12, 2013, service of the foregoing document was made upon the following Filing Users through the Electronic Filing System:

Robert L. DeLaney (BPR # 4319)
Tune, Entrekin & White, P.C.
315 Deaderick Street, Suite 1700
Nashville, Tennessee 37238
rdelaney@tewlawfirm.com
(615) 244-2770

Mark E. Morrison (BPR # 11620)
Grissim & Hodges
323 Union Street, 4th Floor
Nashville, TN 37201
(615) 255-7496

*Attorneys for Defendants*

                                              s/ Milton S. McGee, III